# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2208
_____

RICHARD A. FREEMAN,

    Appellant,

    v.

DANNY, LLC, LARRY W. FOWLER;
DEBRA B. FOWLER; and COUNTY
OF ESCAMBIA, STATE OF
FLORIDA,

    Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

February 29, 2024

PER CURIAM.

    AFFIRMED.

ROBERTS, WINOKUR, and LONG, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Carroll G. Sanders, Jennifer Altreche, and Andrew D. Easler of Easler Law PLLC, Melbourne, for Appellant.

Travis M. Morock, William R. Hahn, and Robert S. Rushing of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC, Pensacola, for Appellee Danny, LLC.